**Frances Renee MILLER/PERRY,**
**Appellant,**

v.

**ARKANSAS DEPARTMENT**
**OF CORRECTION, et**
**al., Appellees.**

No. 09–3218.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 30, 2010.

Filed: May 5, 2010.

Frances Renee Miller/Perry, Newport, AR, pro se.

Ali Brady, Hester Irene Criswell, Attorney General's Office, Little Rock, AR, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Frances Miller/Perry appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 action against the Arkansas Department of Correction and four of its correctional employees. After careful review of the record and the parties' briefs, we conclude that dismissal was proper for the reasons stated in the Proposed Findings and Recommendations adopted by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The HONORABLE JAMES M. MOODY, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the HONORABLE HENRY L. JONES, JR., United States Magistrate Judge for the Eastern District of Arkansas, now retired.